.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**Andrea B.,**

   **Plaintiff,**

   v.

Case No.   **3:22-cv-00055**

**Commissioner of Social Security,**

   **Defendant.**

**Magistrate Judge Jolson**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**   This action was decided by the Court without a trial or hearing.

Based on the foregoing discussion, it is **ORDERED** that Plaintiff's Statement of Errors (Doc. 9) is **OVERRULED** and that judgment be entered in favor of Defendant.

   **Richard W. Nagel, Clerk of Court**

   By:  _____ s/ Valerie Brown _____
   
                   Valerie Brown, Deputy Clerk